AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. ) Case No. 22-cr-0113-CMA-GPG
)
DEBRA CAMPBELL )
)
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/16/2022

s/ DEBRA CAMPBELL
*Defendant's signature*

S/ MARY V. BUTTERTON
*Signature of defendant's attorney*

Mary V. Butterton
*Printed name of defendant's attorney*

*Judge's signature*

USMJ GORDON GALLAGHER
*Judge's printed name and title*

May 27, 2022