IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEBRA CAMPBELL,

    Defendant.

### GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America hereby files the Government's Motion Regarding Acceptance of Responsibility.

On May 27, 2022, defendant Debra Campbell pled guilty to Counts 1 and 2 of the Information in this case. In connection with her change of plea, Campbell agreed to a factual basis that established her factual guilt for Counts 1 and 2.

Accordingly, based on her timely change of plea and the related factual basis, the government makes this motion, pursuant to United States Sentencing Guidelines, Section 3E1.1(b), for Campbell to receive the third point for acceptance of responsibility. See U.S.S.G. §3E1.1(b). The government makes this motion because Campbell's timely change of plea permitted the government to avoid preparing for trial.

1

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   s/ *Pegeen D. Rhyne*
     PEGEEN D. RHYNE
     Assistant U.S. Attorney
     United States Attorney's Office
     1801 California St., Suite 1600
     Denver, CO 80202
     (303) 454-0100
     Fax: (303) 454-0409
     Pegeen.Rhyne@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                        s/ *Amy McDaniel*
                                        Amy McDaniel
                                        Legal Assistant
                                        U.S. Attorney's Office