IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DEBRA CAMPBELL,

        Defendant.

_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED this 7th day of November 2022.

                                               Respectfully submitted,

                                               COLE FINEGAN
                                               United States Attorney

                                      By: s/ *Laura B. Hurd*
                                               Laura B. Hurd
                                               Assistant U.S. Attorney
                                               U.S. Attorney's Office
                                               1801 California Street, Suite 1600
                                               Denver, Colorado 80202
                                               Telephone: (303) 454-0100
                                               E-mail: laura.hurd@usdoj.gov
                                               *Attorney for the United States*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of November 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

    s/ *Sheri Gidan*
    FSA Paralegal
    Office of the U.S. Attorney